1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB (SBN 166452)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Petitioner United States of America

7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,      )   1:08-cv-00938-OWW-DLB
                                  )
12              Petitioner,       )   **STIPULATION TO ADVANCE THE**
                                  )   **HEARING DATE FOR THE ORDER TO**
13    v.                          )   **SHOW CAUSE HEARING;**
                                  )   **ORDER THEREON**
14 BILL DONOVAN, dba DONOVAN      )
   FARMS,                         )   **OLD HEARING DATE:**
15                                )
                                  )   Date:   September 5, 2008
16              Respondent.       )   Time:   9:00 a.m.
                                  )   Ctrm:   9
17 _____

18                                    **NEW HEARING DATE:**

19                                    Date:   September 4, 2008
                                      Time:   9:00 a.m.
                                      Ctrm:   9
20

21      Petitioner United States of America and Respondent Bill

22 Donovan hereby stipulate, by and through their respective

23 counsel, to advance the hearing date for the Order to Show Cause

24 from September 5, 2008, at 9:00 a.m., to a "special motion

25 hearing date," September 4, 2008, at 9:00 a.m., in Courtroom

26 No. 9, before the Honorable Dennis L. Beck.

27      Counsel for Respondent Bill Donovan is not available on

28 September 5, 2008, and counsel for the United States is leaving

                                    1

the U.S. Attorney's Office and will not be available to argue this matter after September 5, 2008.  Both counsel are available on September 4, 2008.

    All other deadlines will remain the same.  The parties respectfully request that the Court advance the hearing date.

                                          Respectfully submitted,

Dated: August 25, 2008.         McGREGOR W. SCOTT
                                      United States Attorney

                               By:  /s/ Kimberly A. Gaab
                                      Assistant U.S. Attorney

                                      Attorneys for Petitioner
                                      United States of America

Dated: August 25, 2008.         BRIAN C. LEIGHTON
                                      Law Offices of Brian C. Leighton
                                      (as authorized on 8/25/08)

                               By:  _____

                                      Attorneys for Respondent
                                      Bill Donovan

**ORDER FOR A SPECIAL MOTION HEARING DATE**

The hearing date for the Order to Show Cause is hereby advanced to a "special motion hearing date," of September 4, 2008, at 9:00 a.m., in Courtroom 9, as requested by counsel for the parties.

IT IS SO ORDERED.

Dated:   **August 27, 2008**                **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE