McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS (SBN 192172)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioner United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-cv-00938-OWW-DLB |
| Petitioner, | **STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |
| v. | |
| BILL DONOVAN, dba DONOVAN FARMS, | **OLD CONFERENCE DATE:** |
| | Date: October 8, 2008<br>Time: 8:15 a.m. |
| Respondent. | Ctrm: 3 |
| | **NEW CONFERENCE DATE:** |
| | Date: December 10, 2008<br>Time: 8:15 a.m.<br>Ctrm: 3 |

     Petitioner United States of America and Respondent Bill Donovan hereby stipulate, by and through their respective counsel, to continue the Mandatory Scheduling Conference date for sixty (60) days from October 8, 2008, at 8:15 a.m., to December 10, 2008, at 8:15 a.m., in Courtroom No. 3, before the Honorable Oliver W. Wanger.

1  All other deadlines will remain the same.  The parties
2 respectfully request that the Court continue the date for the
3 Mandatory Scheduling Conference.

Respectfully submitted,

Dated: September 25, 2008.         McGREGOR W. SCOTT
                                   United States Attorney


                              By:  /s/Stephanie Hamilton Borchers
                                   STEPHANIE HAMILTON BORCHERS
                                   Assistant U.S. Attorney
                                   Attorneys for Petitioner
                                   United States of America

Dated: September 26, 2008.         BRIAN C. LEIGHTON
                                   Law Offices of Brian C.
                                   Leighton
                                   (As per authorization 9/26/08)

                              By:  /s/Brian C. Leighton
                                   BRIAN C. LEIGHTON
                                   Attorneys for Respondent
                                   Bill Donovan

1  **ORDER TO CONTINUE**

2  **MANDATORY SCHEDULING CONFERENCE**

3     The hearing date for the Mandatory Scheduling Conference is
4  hereby continued from October 8, 2008 to December 10, 2008, at
5  8:15 a.m., in Courtroom 3, as requested by counsel for the
6  parties.
7  IT IS SO ORDERED.
8  **Dated:   September 29, 2008**           /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE