UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BILL DONOVAN, dba DONOVAN FARMS<br><br>    Defendant. | 1:08-CV-00938 OWW DLB<br><br>ORDER VACATING MANDATORY SCHEDULING CONFERENCE AND CLOSING FILE |

   Based on the government's November 20, 2008 Notice of Compliance and Request to Vacate Scheduling Conference and Close File;

   The scheduling conference set for December 10, 2008 is VACATED.  This case shall be closed.

IT IS SO ORDERED.

**Dated:    December 2, 2008**             /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE